Brian C. Ellis, Esq. (SBN 248298)
Joshua K. Helm, Esq. (SBN 306608)
THE ELLIS FIRM, APLC
1620 Fifth Avenue, Suite 700
San Diego, CA 92101
Telephone: (619) 291-1235
Facsimile: (619) 232-2116
Joshua@theellisfirm.com

Attorneys for Plaintiffs GABINO HERNANDEZ and MARIA ELENA HERNANDEZ

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABINO HERNANDEZ and MARIA ELENA HERNANDEZ,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA (United States Postal Service "USPS"),<br><br>  Defendants. | CASE NO. '23CV683 RSH KSC<br><br>**COMPLAINT FOR PERSONAL INJURIES** |

COME NOW PLAINTIFFS, by and through their counsel of record, and files this Complaint for Damages showing this Honorable Court as follows:

1.

This is an action for personal injury damages arising out of an automobile collision that occurred on June 1, 2021, in the City of El Centro, County of Imperial, State of California, involving Plaintiffs, GABINO HERNANDEZ and MARIA ELENA HERNANDEZ, and a postal truck operated by THE UNITED STATES POSTAL SERVICE (hereinafter "USPS") regarding the negligent operation of one of its postal trucks by its employee and driver, Magdalena Villarreal (hereinafter "Ms. Villarreal").

///

///

1
**PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES**

## PARTIES, JURISDICTION AND VENUE

2.

This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, et seq.(hereinafter "the FTCA").

3.

The USPS is an independent establishment of the executive branch of Defendant United States of America. 39 U.S.C. § 201. The USPS is within the FTCA.

4.

Defendants by and through their designated agents for service of process will be served in accordance with Fed.R.Civ.P 4(i).

5.

By virtue of the facts set forth in this Complaint, this Court has jurisdiction pursuant to 28 U.S.C. §1346.

6.

Venue for this action is proper in this Court pursuant to 28 U.S.C. §§1391 and 1402.

7.

Plaintiffs' Administrative Claims were properly and timely presented to the USPS.

8.

On August 26, 2021, the undersigned sent by US Certified Mail Return Receipt Requested an Administrative Claim on behalf of Plaintiff GABINO HERNANDEZ to the USPS in accordance with the FTCA for $510,126.83.

9.

On August 26, 2021, the undersigned sent by US Certified Mail Return Receipt Requested an Administrative Claim on behalf of Plaintiff MARIA ELENA HERNANDEZ to the USPS in accordance with the FTCA for $510,126.83.

10.

On September 21, 2021, the LAW DEPARTMENT NATIONAL TORT CENTER for the USPS sent correspondence to the undersigned confirming that the USPS had received the two administrative claims on August 30, 2021, and that the USPS had six months from August 30, 2021,

in which to adjudicate each of these two claims.

11.

On February 2, 2022, the undersigned sent by US Certified Mail Return Receipt Requested an updated Administrative Claim to the USPS.

12.

On August 10, 2022, the LAW DEPARTMENT NATIONAL TORT CENTER for the USPS sent correspondence to the undersigned citing USDC Jurisdiction, 28 U.S.C. §1346(b) and Jury trial is not available, 28 U.S.C. § 2402.

13.

More than SIX months have passed since the filing of the Plaintiffs' Administrative Claim with the USA/USPS.

14.

This action is timely filed.

15.

All conditions precedent to the filing of this action have been met.

FACTS

16.

On June 1, 2021, Ms. Villarreal was driving her postal truck northbound on Hope Street, approaching the intersection of Orange, in the City of El Centro, County of Imperial, State of California.

17.

At approximately 8:11 a.m. that day, Plaintiff, GABINO HERNANDEZ was driving his vehicle with his passenger, Plaintiff MARIA ELENA HERNANDEZ, travelling eastbound on Orange, in the City of El Centro, County of Imperial, State of California.

18.

Ms. Villareal failed stop at a stop sign in her postal truck and broadsided Plaintiffs' vehicle causing each Plaintiff to suffer injuries.

19.

Ms. Villareal was in violation of 22450 CVC which states the driver of any vehicle

approaching a stop sign at the entrance to, or within, an intersection shall stop at a limit line, if marked, otherwise before entering the crosswalk on the near side of the intersection.

20.

No act or failure to act on the part of any plaintiff caused or contributed to the cause of the collision described in the complaint.

21.

No act or failure to act on the part of any plaintiff caused or contributed to the cause of their claimed injuries.

22.

No act or failure to act on the part of any third party caused or contributed to the injuries suffered by plaintiffs in the collision described in this Complaint.

23.

No act or failure to act on the part of any third party caused or contributed to the collision described in this Complaint.

24.

Plaintiffs were innocent victims of the collision described in this Complaint.

25.

The collision described in this Complaint caused plaintiffs to suffer injuries, losses and damages.

26.

Ms. Villarreal was an agent and/or employee of the USA / USPS and was acting within the course and scope of her employment and/or agency with Defendant USA / USPS at the time of the collision described in this Complaint.

COUNT 1 – NEGLIGENCE

27.

Plaintiffs re-allege and incorporate the preceding paragraphs as if fully set forth herein.

28.

At all times material hereto, Ms. Villarreal and USA/USPS owed Plaintiffs a duty to operate her vehicle in an ordinary careful and non-negligent manner and to follow common sense, as well

as the laws of the State of California and the rules of the road.

29.

While in the course and scope of Ms. Villarreal's her employment with the USA/USPS, Ms. Villarreal breached those duties and was negligent in at least the following ways:

   a.  She was driving recklessly;
   b.  She failed to keep a proper and diligent lookout;
   c.  She failed to keep proper control of her vehicle;
   d.  She failed to drive at a reasonable and prudent speed under the conditions;
   e.  She failed to take reasonable steps to avoid striking Plaintiffs with her vehicle;
   f.  She failed to operate the motor vehicle on the roadways in a safe fashion;
   g.  She failed to operate the vehicle in a manner not likely to cause injury to others;
   h.  She failed to observe all traffic conditions, including all other motor vehicles which were lawfully traveling on the roadway;
   i.  She failed to ensure the motor vehicle was operated on the roadway in a safe fashion;
   j.  She failed to ensure the motor vehicle was operated in a manner not likely to cause injury to others; and
   k.  She failed to operate the motor vehicle in compliance with traffic laws.

30.

As a direct and proximate result of the negligence of Ms. Villarreal, Plaintiffs sustained injuries, losses and damages.

31.

By virtue of the negligence of Ms. Villarreal and USPS, Defendant USA / USPS is liable to Plaintiffs for all of the damages resulting from that negligence under a theory of respondeat superior, agency and control.

32.

As a direct and proximate result of the breaches of duty by Defendant USA / USPS and its driver, Ms. Villarreal, plaintiffs are entitled to recover fair and full compensation for all injuries and damages that have been suffered as a proximate result of the collision and that will be suffered in the future as a result of the collision, including, without limitation, all special and compensatory

damages, medical expenses, lost wages, and other necessary expenses, as well as fair and full compensation for all pain and suffering, including physical pain, mental and emotional suffering, shock of impact, disability, worry, anxiety, loss of enjoyment of life, loss of capacity to work, and other categories of damages provided for under law.

WHEREFORE, Plaintiffs pray that the following relief be granted:

a) A trial as prescribed by law;

b) For Summons and Complaint to issue against Defendant;

c) For judgment against each Defendant to compensate Plaintiffs for past and future injuries, losses and damages;

d) Court costs, discretionary costs, and prejudgment interest; and

e) For all such further and general relief which this Court deems just and proper.

Dated: April 4, 2023                THE ELLIS FIRM

                                    By:    /S/Joshua K. Helm
                                                JOSHUA K. HELM
                                                BRIAN C. ELLIS
                                                Attorney for Plaintiffs
                                                EMAIL: Joshua@TheEllisFirm.com

**PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES**